IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00425-MEH

TERRELL FREDERICK, on behalf of himself and his minor child, LF,

   Plaintiff,

v.

STRATEGIC RESTAURANT CONCEPTS, LLC,

   Defendant.

## ORDER CLOSING CASE

Before the Court is a Notice of Voluntary Dismissal with Prejudice [filed May 20, 2017; ECF No. 26]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 15th day of May, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge